| PROB 22 (Rev. 1/24) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| ☒ FILED ___ RECEIVED<br>___ ENTERED ___ SERVED ON<br>APRIL 24, 2025<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: /s/ RJDG  DEPUTY | **TRANSFER OF JURISDICTION** | 18CR03221-001-JES |
| | | DOCKET NUMBER (Rec. Court) |
| | | 2:25-cr-00104-RFB-NJK |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Anna Margarita Ledesma<br>District of Nevada | Southern California | San Diego |
| | NAME OF SENTENCING JUDGE | |
| | Larry A. Burns<br>U.S. District Judge | |
| | DATES OF | FROM | TO |
| | supervised release | 1/3/2025 | 1/2/2026 |

**OFFENSE**

(Counts 1&2) 21 U.S.C. § 843(b), Illegal Use of a Communication Facility, a Class E felony

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Ms. Ledesma has no significant ties to the Southern District of California and expects to remain in the District of Nevada for the remainder of supervised release. The probation office in the District of Nevada has requested a transfer of jurisdiction to allow any future concerns be addressed efficiently by the district wherein the offender is supervised.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Apr. 23, 2025
Date

/s/ James E. Simmons, Jr.
James E. Simmons, Jr.
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 25, 2025
Effective Date

/s/ [signature]
United States District Judge

eh

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

```
X  FILED          ___ RECEIVED
___ ENTERED       ___ SERVED ON
         APRIL 24, 2025
   CLERK, U.S. DISTRICT COURT
     DISTRICT OF NEVADA
BY:        /s/ RJDG        DEPUTY
```

RE: Anna Margarita Ledesma

Case No.: 2:25-cr-00104-RFB-NJK

**SUPERVISION REPORT**
**REQUESTING ACCEPTANCE OF JURISDICTION**

April 23, 2025

TO:   U.S. District Judge:

On April 4, 2022, Anna Margarita Ledesma was sentenced by the Honorable United States District Judge, Larry Alan Burns, in the Southern District of California to 78 months custody followed by one (1) year of supervised release for committing the offenses two (2) counts; 21:843(b) - Illegal Use of a Communication Facility in Docket Number: 3:18-CR-03221-LAB.

On January 3, 2025, Ledesma commenced supervision in the District of Nevada.

On April 1, 2025, the undersigned officer submitted a request for transfer of jurisdiction for Ledesma to the Southern District of California.

On April 22, 2025, the undersigned officer requested the transfer of jurisdiction for Ledesma from the Southern District of California as well as a request to travel internationally. Ledesma will depart from her home with her children in Las Vegas by vehicle on May 9, 2025, and return on May 16, 2025. She will be traveling to visit her aunt who resides in Mexicali Baja California, Mexico.

On April 23, 2025, the Honorable James E. Simmons, Jr. initiated the transfer of jurisdiction.

The Judicial Conference recommends transfer of jurisdiction for persons under supervision in violation of the conditions of supervision to reduce the burden and expedite the response. Consistent with this recommendation, the Probation Office is recommending our Court accept jurisdiction of Ledesma's case. The Honorable James E. Simmons, Jr. has agreed to relinquish jurisdiction as evident by his signature on the attached Transfer of Jurisdiction form. If Your Honor agrees, please countersign the form accepting Jurisdiction.

ADDENDUM TO PETITION (Probation Form 12)
RE: Anna Margarita Ledesma

Respectfully submitted,

Digitally signed by Nickie Pipilakis
Date: 2025.04.24 08:48:03 -07'00'

Nickie Pipilakis
United States Probation Officer

Approved:

Digitally signed by Donnette Johnson
Date: 2025.04.23 16:47:46 -07'00'

Donnette Johnson
Supervisory United States Probation Officer